LAWRENCE BROWN
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSENE CHAABANE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL C. BIGGS, United States ) <br> Citizenship and Immigration Services, et al. ) <br> ) <br> Respondents. ) <br> ) | No. 2:09-cv-2376 JAM GGH <br><br> JOINT STIPULATION TO EXTENSION OF TIME IN WHICH TO ANSWER COMPLAINT AND ORDER |

  This is an immigration case in which plaintiff has challenged the denial of his application for adjustment of status by U.S. Citizenship and Immigration Services (CIS).  The parties respectfully inform the Court that they are exploring the possibility of a resolution to the matter at the administrative level.  Accordingly, the parties stipulate to a first extension of time in which to file the government's answer to the complaint, until December 26, 2009.

Dated: October 26, 2009

                                        LAWRENCE G. BROWN
                                        United States Attorney

                           By:   /s/Audrey Hemesath
                                 Audrey B. Hemesath
                                 Assistant U.S. Attorney
                                 Attorneys for the Defendants


                           By:   /s/ Terry Robert Hunt
                                 Terry Robert Hunt
                                 Attorney for the Plaintiff

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to December 26, 2009.

IT IS SO ORDERED.

DATED: October 26, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE